ACCEPTED
03-15-00376-CV
6390585
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/6/2015 3:31:54 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00376-CV

| | | |
|---|---|---|
| **DELORES GALVAN, APPEALS** | § | **COURT OF** FILED IN |
| | | 3rd COURT OF APPEALS |
| **Appellant,** | § | AUSTIN, TEXAS |
| | § | 8/6/2015 3:31:54 PM |
| | § | JEFFREY D. KYLE |
| **vs.** | § | Clerk |
| | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **ROBERT LEAK, Individually and** | § | |
| **ZEBRA INSTRUMENTS** | § | |
| **CORPORATION,** | § | |
| **Appellees.** | § | **STATE OF TEXAS** |

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

**COMES NOW,** Delores Galvan, Appellant herein, requesting a forty-five (45) day extension to file her Appellant's Brief.

Appellant's Brief is due August 14, 2015. Appellant seeks a forty-five (45) day extension. In the past thirty (30) days, Appellant's counsel has prepared for several pretrials/trials, tried two cases, attended several depositions, and prepared for two cases set for trial in the next two (2) weeks. While significant time has been spent on this brief, Appellant respectfully requests a forty-five (45) day extension so that justice may be done.

Respectfully submitted,

LAW OFFICE OF SCOTT OGLE

By: __/s/_ Scott Ogle
        Scott Ogle

State Bar No. 00797170
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone:  (512) 442-8833
Facsimile:  (512) 442-3256
soglelaw@peoplepc.com


## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel on August 5, 2015 and opposing counsel does not oppose this Motion.


_/s/Scott Ogle
Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 6th day of August, 2015.

Christopher Stanley
Sneed Vine & Perry
1104 S. Church Street
Georgetown, Texas 78626
Via email:  gtwnfilings@sneedvine.com
Via facsimile:  (512) 819-9707

_/s/Scott Ogle
Scott Ogle